IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE BOYD N. BOLAND

Civil Action No.  99-cv-01425-ZLW-BNB

JOHNNY J.E. MEADOWS, JR.,

    Plaintiff,

v.

JOHN SUTHERS, RICHARD SOARES, and JAKE GAYLORD,

    Defendants.

_____

**ORDER**
_____

This matter is before me on a letter filed [Doc. # 207, filed 11/1/2006] (the "Letter").  The Letter requests that the case be reopened or that the attorneys that were formerly involved in the case be contacted "to protect [plaintiff's] rights."

The letter was filed by a "friend" of the plaintiff, not by the plaintiff himself.  This case was terminated on August 19, 2002.  Accordingly,

IT IS ORDERED that the letter is STRICKEN.

Dated November 2, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge